IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  |
|---|---|---|
| **DOMINICK ZAMBRANO,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. 16-0166-CG-C |
| | ) | |
| **RONALD FRANKLIN BLOCKER, et al.,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This cause is before the Court on the Plaintiff's Motion to Dismiss (Doc. 5), in which Plaintiff represents that this case has been settled.

Upon due consideration and as no answers or motions for summary judgment have been filed to date, the motion is hereby **GRANTED.** Therefore, all claims in this action are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear his, or its own costs.

**DONE and ORDERED** this 10th day of June, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE